2/27/22

To whom it may concern:

My name is Robert Williams. I am the Vice President of the Vaca Valley Alano Club and have 32 years of continued sobriety. I have sponsored Dennis Killough four years and find him to be accountable to his sobriety. He works hard and I find him trustworthy throughout our relationship. He has followed the program and has helped others. If there is any further information you may need, please feel free to contact me at 707-            or my cell phone at 707-          .


/s/ Robert Williams