June 21, 2022

The Honorable Magistrate Judge
Eastern District of California

Your Honor:

I am writing this letter regarding Dennis Killough. I first met Dennis while attending AA meetings at the Vaca Valley Alano Club. While I am unfamiliar with the charges or the conduct Dennis is accused of, I have had many interactions with Dennis knowing him for approximately three years.

I have never seen Dennis angry or threatening, and I have always found him polite and respectful.

During our conversations, I learned about his skills and abilities in home repairs and improvements. I spoke with Dennis regarding work I needed to be done as it is essential to support people in the AA program. I had Dennis paint the exterior of my home. I found him hard-working and honest, and Dennis completed the work promptly and efficiently.

I found him speaking about his family frequently during my interactions. I know he recently got married, purchased a home, and has several kids at home that depend on him for support. Dennis told me a little about his plans for himself and his family, that was all oriented to bettering the lives of his family.

While I do not condone illegal acts, I believe that everyone should be judged on the totality of their circumstances.

Respectfully,

Kevin Carella