COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
DENNIS KILLOUGH, JR.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-cr-00110 KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO SHORTEN TIME FOR** |
| vs. | ) | **HEARING ON BAIL MOTION** |
| | ) | |
| DENNIS KILLOUGH, JR., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION**

        With the consent of pretrial services, the parties hereto, through their undersigned

counsel, hereby stipulate to shorten time for the hearing on defendant's Motion for Bail Review

(ECF No. 26). The parties agree there is good cause to do so pursuant to Local Rule 429(a), and

the matter should be calendared for July 14, 2022, at 2:00 p.m.

Respectfully submitted,

Dated:  July 8, 2022                    /s/ Chris Cosca
                                        CHRIS COSCA
                                        Attorney for Defendant
                                        DENNIS KILLOUGH, JR


Dated: July 8, 2022                     /s/ Aaron Pennekamp
                                        AARON PENNEKAMP
                                        Assistant US Attorney
                                        Attorney for Plaintiff


**ORDER**


**IT IS SO ORDERD.**


Dated: July 11, 2022                    _____
                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE


STIP AND PROPOSED ORDER TO SHORTEN TIME
USA v. DENNIS KILLOUGH