1  CHRIS COSCA (SBN 144546)
   COSCA LAW CORPORATION
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   DENNIS KILLOUGH, JR.
5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,          )   2:22-cr-00110 KJM
                                      )
10         Plaintiff,                 )   SUPPLEMENT TO MOTION FOR
                                      )   BAIL REVIEW
11     vs.                            )
                                      )   Date: July 14, 2022
12  DENNIS KILLOUGH, JR.,             )   Time: 2:00 p.m.
                                      )   Courtroom: 26
13                                    )   Honorable Allison Claire
                                      )
           Defendant.                 )
14  _____

15

16         Attached hereto as Exhibit E is the Declaration of Attorney Barry Newman. This Exhibit

17  was inadvertently omitted from the instant Motion for Bail Review, ECF No. 26.

18

19

    DATED: July 12, 2022                      Respectfully submitted,
20

21
                                             /S/ Chris Cosca
22                                           CHRIS COSCA
                                             Attorney for Defendant
23                                           DENNIS KILLOUGH, JR.

24

25

26

27

28

USA v. KILLOUGH-Motion for Bail Review    1