## DECLARATION OF BARRY K. NEWMAN

I, Barry K. Newman declare the following:

1. I am an attorney, licensed to practice law in the State of California; my California State Bar number is 105224. I was the attorney of record for Dennis Killough in Solano County case number FCR361381.

2 The first Solano County court appearance on this matter was on December 13, 2021. Mr. Killough was in custody; his bail was set at $45,000, and the matter was continued to January 6, 2022. He subsequently posted bond and was released from jail.

3. My client appeared in court as required on January 6, 2022. The case was continued to February 3, 2022. However, due to a surge of the Covid virus, the court continued all time waived cases. Mr. Killough was in this group; his case was continued by the court to April 7, 2022. The February 3, 2022, court date was vacated.

4 On April 7, 2022, I appeared in court with Mr. Killough. His case was again continued. The new court date was May 17, 2022.

5. On or about May 12, 2022, my clients' wife contacted me and told me that the FBI had showed up at her home looking for her husband; he was out of town. I then contacted my client. My client understood that because the FBI was looking for him, he would likely be arrested. He told me that he was working out of town and anticipated completing that job by May 15, 2022. He expressed a desire to finish the job to collect the fee so that his wife would have the funds to pay bills. He would likely be back in town by May 16, 2022. We agreed that if he was not arrested prior to his May 17, 2022 court date we would meet outside the Solano County Law and Justice Center that morning. We anticipated that he would be arrested before going into the court room.

6. On May 17, 2022, I met Mr. Killough and his son outside the court building as planned. We spoke for approximately five minutes. While talking we observed four or five Solano County Sheriff deputies approaching. My client stood still and waited for them. He was cooperative with the arrest process and was peacefully escorted away.

**1**

7. I subsequently appeared in court on Mr. Killough's behalf and the criminal case was dismissed.

8. **Mr. Killough never missed a court date nor was he ever late for the court appearances.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of July at Fairfield, Solano County, California.

_____
BARRY K. NEWMAN