June 29, 2022

Your Honor,

My name is Matthew Hopkins. I am a retired Deputy Sheriff from a local Bay Area Law Enforcement Agency and a neighbor to Dennis. We live approximately 3 houses from each other and have had several positive interactions in the past 1-2 years since he moved into his current house.

I cannot speak on Dennis' past or even current trouble with the law, but I can speak on the type of good neighbor he has been. Since I have known Dennis, I have seen him volunteering his help on multiple occasions to assist some of the older neighbors in our neighborhood, including painting neighbors' houses and helping move heavy items for some of the older neighbors.

In one particular instance, an older lady in our neighborhood asked if I would help pick up a heavy item from the store in my truck. I agreed but told her I could only transport the item. Due to an injury, I would be unable to unload it off my truck and she would need to find someone else to help with that part. Without any hesitation, Dennis stepped up and came over with his son to unload the item from my truck into her backyard.

Dennis has always been a cordial, friendly neighbor. He seems to be a hard worker, as I often saw him leaving for work in his truck. I have enjoyed getting to know him in the short time he has lived in our neighborhood. I hope this character reference is helpful to you in your assessment of Dennis.

Regards,
Matthew Hopkins