Mike Helfgott
                                                360 Adobe Dr.
                                                Vacaville Ca 95687

To the Judge presiding USA v. Dennis Killough Jr # 2:22-cr-00110-KJM

Your Honor,

I am a long-time resident at my current address in Vacaville and have seen many neighbors come and go over the years.  I have been a neighbor and have known Dennis for about a year and a half since he and his family moved into our neighborhood.  In that time, I have found the family to be very good and respectful neighbors.  On several occasions they have had outdoor parties at their home but have always been thoughtful, kept the noise down and broke up at a reasonable time.  He has often asked if he could help me as I am a senior and sometimes need a little extra assistance.  He works hard and teaches his two boys to do the same.  They are always courteous and helpful.  He has had problems in the past but has for many years stayed out of trouble and worked hard to earn the respect of those he interacts with.  He should be held up as an example of a success story of our judicial system as a hard-working family man trying to teach his children not to do what he did many years ago.  I respectfully ask you to look at his recent life and success and not the past that he has so hard tried to leave in the past.


 Thank you for your attention in this matter and taking the time to consider this letter



Respectully,

Mike Helfgott