# JERRY THOMPSON & SONS, INC.



June 24, 2022

To Whom it May Concern

Re: Dennis Killough, Jr.

Dennis has been employed with Jerry Thompson and was an asset to the company.

He has been a reliable and trustworthy employee. He has been a good employee who has dealt with me honestly.

We look forward to him returning to work for us in the near future.

Sincerely,

Chris Gaidano
Superintendent
Jerry Thompson & Sons Painting, Inc.
415-454-1500

3 Simms Street, San Rafael, California 94901-5414    Phone 415-454-1500    Fax 415-454-9170    State License #684610

PAINTING & DECORATING